1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 2:21-mc-0107 KJM DB

12              Plaintiff,                   **ORDER TERMINATING**
                                            **WRIT OF GARNISHMENT**
13         v.

14
     RONALD STEVEN SCHOENFELD,
15   INDIVIDUALLY AND AS TRUSTEE FOR
     THE RONALD & JEANETTE SCHOENFELD
16   REVOCABLE TRUST,

17              Debtor.

18   _____

19   THE LINCOLN NATIONAL LIFE
20   INSURANCE COMPANY,

21              Garnishee.

22   _____

23          The Court, having carefully reviewed the entire file, and the United States' Request for an Order

24   Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the

25   Request.  Accordingly, it is ORDERED THAT:

26          1.     Pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Garnishment is hereby

27   TERMINATED; and

28   ///

1       2.       The Clerk of the United States District Court shall CLOSE this miscellaneous case.

2    IT IS SO ORDERED.

3 DATED: September 11, 2023       /s/ DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE